IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

AUG 11 2026 KP

MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 26 CR 405 |
| | ) | |
| v. | ) | Judge Franklin U. Valderrama |
| | ) | |
| JASON CLOTH | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF EXTRADITION

As a condition of my release on bond, and in consideration for allowing me to travel to Canada, I waive my right to resist extradition to the United States from any territory or country outside of the United States. I agree that I will not contest any effort to return me to the United States should I fail to return on my own accord.

I fully understand that I have the right under the Constitution of the United States and under international law to contest any effort to extradite me from another country and return me to the United States. I freely and knowingly waive this right as a condition of this Court allowing me to travel to Canada.

I have executed this waiver at ______ on August ___, 2026. 10th

Jason Cloth